**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| Tiffany M. Jenerette | : | |
| | : | Case No. 26-10663-djb |
| Debtors | : | |

## O R D E R

**AND NOW**, on this _____ day of _____, 2026, upon consideration of

Debtor's Motion to Redact Page 34 of Docket Entry No. 12, and after notice and an opportunity

to be heard, it is hereby

**ORDERED** and **DECREED** that Page 34 of Docket Entry No. 12 is REDACTED from

the public record.

Dated: **March 31, 2026**
_____

_____
HONORABLE DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE